MCGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ. 040881988
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR WILLIAMSBURG TOWNHOME ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
In re: IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

STEPHANIE H. CIAMPOLI         CASE NO.:   25-20641-CMG
A/K/A STEPHANIE HOLTZ

               Debtor.     **NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT
        402 East State Street
        Trenton, NJ 08608
        Telephone: 609-989-2200

        Joan Sirkis Warren, Esq.
        Lavery & Sirkis
        699 Washington Street, Suite 103
        Hackettstown, NJ 07840

        Stephanie H. Ciampoli a/k/a Stephanie Holtz
        832 Belmont Drive
        Hackettstown, NJ 07840

        TRUSTEE
        Albert Russo
        Standing Chapter 13 Trustee
        CN 4853
        Trenton, New Jersey 08650

        U.S. TRUSTEE
        US Dept of Justice
        Office of the US Trustee
        One Newark Center Ste 2100
        Newark, NJ 07102

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Williamsburg Townhome Association, Inc. (the "Association"), in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of the Association in the above-captioned matter.

MCGOVERN LEGAL SERVICES, LLC
Attorneys for Williamsburg Townhome Association, Inc.

DATED: November 4, 2025    By: _____
William H. Brosha, Esquire

## CERTIFICATION OF SERVICE

I, William H. Brosha, Esquire, do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on November 4, 2025.

DATED: November 4, 2025    By: _____
WILLIAM H. BROSHA, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Joan Sirkis Warren, Esq.
Lavery & Sirkis
699 Washington Street, Suite 103
Hackettstown, NJ 07840

Stephanie H. Ciampoli a/k/a Stephanie Holtz
832 Belmont Drive
Hackettstown, NJ 07840

TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102