| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-20641 / CMG**

Stephanie H Ciampoli

Petition Filed Date: 10/08/2025
341 Hearing Date: 11/13/2025
Confirmation Date: 01/28/2026

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2025 | $323.00 | I12HSD04XX-F | 12/09/2025 | $323.00 | I11TSCLD14-P | 01/06/2026 | $323.00 | I859CBFRTC-F |
| 02/09/2026 | $323.00 | I8MDBVK55D-I | | | | | | |

**Total Receipts for the Period:  $1,292.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $1,292.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie H Ciampoli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $0.00 | $3,000.00 |
| 1 | WILLIAMSBURG TOWNHOME ASSN, INC<br>»» 832 BELMONT DR/ASSOC LIENS | Unsecured Creditors | $5,058.57 | $0.00 | $5,058.57 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» 832 BELMONT DR/1ST MTG | Mortgage Arrears | $12,841.90 | $0.00 | $12,841.90 |

**Chapter 13 Case No. 25-20641 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,292.00 | Plan Balance: | $18,088.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $323.00 |
| Paid to Trustee: | $95.60 | Arrearages: | $0.00 |
| Funds on Hand: | $1,196.40 | Total Plan Base: | $19,380.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**