UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Wilmington Trust, National Association not in its
individual capacity but solely as Owner Trustee of OSAT
Trust 2021-1

**Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Stephanie H Ciampoli aka Stephanie Holtz
Debtor
Michael Ciampoli
Co-Debtor

Case No.: 25-20641 CMG

Chapter: 13

Hearing Date: 6/3/2026 @ 9am

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 23, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Stephanie H Ciampoli aka Stephanie Holtz
Case No:  25-20641 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 832 Belmont Drive, Hackettstown, NJ, 07840, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joan Sirkis Warren, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of June 1, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2026 through June 2026 for a total post-petition default of $1,372.13 (2 @ $753.19; less suspense of $134.25); and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $1,372.13 directly to Secured Creditor no later than June 30, 2026; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2026, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.